157 P.3d 534

# SUPREME COURT OF HAWAI'I

State v. Steger ................. 26709    04/10/2007  Rejected    114 Hawai'i 162,
                                                                 158 P.3d 280